UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | Case No.: 21-CR-84-PLF |
| CODY PAGE CARTER CONNELL & | : | |
| DANIEL PAGE ADAMS, | : | |
| | : | |
| Defendants. | : | |

**DEFENDANTS' GUIDELINES CALCULATIONS WITH NO CONVICTION FOR 18 U.S.C. §1512(c)**

In response to the Court's Order dated January 18, 2024 (ECF No. 129), Defendants Adams and Connell argue that the proper guideline calculations if they were not convicted of 18 U.S.C. § 1512(c)(2) are as follows:

*Count One:* Civil Disorder, in violation of 18 U.S.C. § 231(a)(3):

| | | |
|---|---|---|
| U.S.S.G. § 2A2.4 | Base Offense Level[1] | 10 |
| U.S.S.G. § 2A2.4(b)(1) | Involved Physical Contact | +3 |
| | Total | 13 |

*Count Three:* Assaulting Resisting, or Impeding Certain Officers, in violation of 18 U.S.C. § 111(a)(1)

| | | |
|---|---|---|
| U.S.S.G. § 2A2.4 | Base Offense Level | 10 |
| U.S.S.G. § 2A2.4(b)(1) | Involved Physical Contact | +3 |
| | Total | 13 |

*Count Four:* Entering and Remaining in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(1):

| | | |
|---|---|---|
| U.S.S.G. § 2B2.3(a) | Base Offense Level | 4 |
| U.S.S.G. § 2B2.3(b)(1)(A)(vii) | Restricted Building or Grounds | +2 |
| | Total | 6 |

---

[1] In previous filings, the Government has asserted that the base offense level for Count One should be 14 because of a cross reference to the aggravated assault guideline in U.S.S.G. § 2A2.2. However, without a conviction under 18 U.S.C. § 1512(c)(2), there is no aggravated assault because there can be no intent to commit another felony absent the 18 U.S.C. § 1512(c)(2) conviction.

*Count Five*: *Disorderly and Disruptive Conduct in a Restricted Building or Grounds, in violation of 18 U.S.C. § 1752(a)(2)*:

| | | |
|---|---|---|
| U.S.S.G. § 2A2.4(a) | Base Offense Level | 10 |
| U.S.S.G. § 2A2.4(b)(1) | Involved Physical Contact | +3 |
| | Total | 13 |

*Count Six*: *Disorderly and Disruptive Conduct in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(D)*:

The U.S. Sentencing Guidelines do not apply to Class B misdemeanors, including 40 U.S.C. §§ 5104(e)(2)(D).

*Count Seven*: *Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 U.S.C. § 5104(e)(2)(G)*:

The U.S. Sentencing Guidelines do not apply to Class B misdemeanors, including 40 U.S.C. §§ 5104(e)(2)(DG).

*Grouping & Multiple Counts*

The defense takes the position that these Counts 1, 4, and 5 are grouped under § 3D1.2(b) as they involve substantially the same harm. Count 3 is grouped with the other Counts because one of the counts embodies conduct that is treated as a specific offense characteristic in, or other adjustment to, the guideline applicable to another count under § 3D1.2(c). Therefore, the combined offense level for these offenses is 13 prior to any adjustment for acceptance of responsibility.

*Application of U.S.S.G. § 4C1.1*

Mr. Adams has zero criminal history points and was not engaged in a continuing criminal enterprise, he should receive a two level reduction in his offense level pursuant to U.S.S.G. § 4C1.1. Accordingly, two (2) levels should be subtracted from the Guidelines calculation.

*Acceptance of Responsibility*

Because Mr. Adams and Mr. Connell have clearly demonstrated acceptance of

responsibility for the offense, their offense level should be decreased by 2 levels pursuant to U.S.S.G. § 3E1.1(a).

*Adams Total Guidelines Calculation*

| | |
|---|---|
| Base Offense Level | 13 |
| Zero Criminal History Points | -2 |
| Acceptance | <u>-2</u> |
| Final Adjusted Offense Level | <u>9</u> |

*Connell Total Guidelines Calculation*

| | |
|---|---|
| Base Offense Level | 13 |
| Acceptance | <u>-2</u> |
| Final Adjusted Offense Level | <u>11</u> |

With a Criminal History Category I, Mr. Adams' Zone B recommended sentence is 4-10 months. With a Criminal History Category II, Mr. Connell's Zone C recommended sentence is 10-16 months.

Respectfully Submitted,

<u>/s/ Gary Proctor</u>        <u>/s/ Ned Smock</u>
GARY PROCTOR           NED SMOCK
Counsel for Mr. Adams   Counsel for Mr. Connell

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of February, 2024 this was served on all parties of record via ECF and the United States Probation Office

/S/
_____

GARY E. PROCTOR