UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 21-0084 (PLF) |
| CODY PAGE CARTER CONNELL and DANIEL PAGE ADAMS | ) ) ) ) | |
| Defendants. | ) ) | |

ORDER

On July 28, 2023, following a stipulated trial, the Court found the defendants Cody Page Carter Connell and Daniel Page Adams guilty on all counts charged with respect to their conduct at the United States Capitol on January 6, 2021. See Minute Entry of July 28, 2023. The parties moved to continue their sentencing pending the Supreme Court's decision in Fischer v. United States, No. 23-5572. Consent Joint Defense Motion to Stay Sentencing Until After Supreme Court's Resolution of Fischer v. United States [Dkt. No. 134]. The Court granted the motion on March 7, 2024. See Minute Order of March 7, 2024. Following the Supreme Court's decision in Fischer v. United States, No. 23-5572, 603 U.S. __ (2024), the Court granted in part the defendants' Motion to Reconsider Finding of Guilt for Counts Two, Four, and Five [Dkt. No. 144], vacating the defendants' convictions only on Count Two of the indictment, charging a violation of 18 U.S.C. § 1512(c)(2). Order [Dkt. No. 147]. The defendants then filed a Motion for an Amended Presentence Report [Dkt. No. 148]. Accordingly, it is hereby

ORDERED that defendants' Motion for an Amended Presentence Report [Dkt. No. 148] is GRANTED; it is

FURTHER ORDERED that the United States Probation Office shall file a revised presentence report recalculating its sentencing guidelines based on the Court's vacating the defendants' convictions under 18 U.S.C. § 1512(c)(2); it is

FURTHER ORDERED that counsel for the government, Mr. Connell, and Mr. Adams shall each submit memoranda in support of sentencing on or before September 25, 2024; it is

FURTHER ORDERED that counsel for the government shall submit a response to Mr. Connell and Mr. Adams's sentencing memoranda on or before October 9, 2024; it is

FURTHER ORDERED that counsel for Mr. Connell and Mr. Adams shall submit responses to the government's sentencing memoranda on or before October 23, 2024; and it is

FURTHER ORDERED that the parties shall appear in person for sentencing on November 1, 2024 at 10:00 a.m. in Courtroom 29 in the William B. Bryant Annex to the E. Barrett Prettyman Courthouse at 333 Constitution Ave, N.W., Washington, D.C. 20001.

SO ORDERED.

PAUL L. FRIEDMAN
United States District Judge

DATE: 9/3/24