UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 21-0084 (PLF) |
| | ) |
| CODY PAGE CARTER CONNELL and | ) |
| DANIEL PAGE ADAMS, | ) |
| | ) |
| Defendants. | ) |

ORDER

Upon consideration of the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a) [Dkt. No. 180], it is hereby

ORDERED that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a) [Dkt. No. 180] as to defendant Cody Page Carter Connell is DENIED without prejudice for lack of jurisdiction in light of the pending appeal before the United States Court of Appeals for the District of Columbia Circuit.  See United States v. Cody Carter Connell, USCA Case No. 24-3180; and it is

2

      FURTHER ORDERED that the United States' Motion to Dismiss Indictment with Prejudice Pursuant to Federal Rule Criminal Procedure 48(a) [Dkt. No. 180] as to defendant Daniel Page Adams is DENIED as moot in light of the fact that the Court has no role in the pardon process post-conviction.

      SO ORDERED.

Date: 2025.01.22 15:38:37 -05'00'

PAUL L. FRIEDMAN
United States District Judge

DATE: January 22, 2025

2